Judgment reversed, and the cause remanded for further proceedings in accordance with this opinion.

Mr. Justice McReynolds took no part in the consideration or decision of this case.

235 U.S. 704, 35 S.Ct. 209

**W. H. BORDEN, Petitioner, v. ARCTIC LUMBER COMPANY,**

No. 699.

Supreme Court of the United States.

Dec. 14, 1914.

See same case below, 127 C.C.A. 486, 211 F. 50.

Mr. J. C. Campbell for petitioner.

Mr. James A. Kerr for respondent.

Denied.

238 U.S. 614, 35 S.Ct. 283

**ALASKA GASTINEAU MINING COMPANY, Petitioner, v. ALASKA TREADWELL GOLD MINING COMPANY**

et al.

No. 755.

Supreme Court of the United States.

Jan. 18, 1915.

See same case below, 131 C.C.A. 24, 214 F. 718.

Messrs. K. R. Babbitt, Lewis P. Shackleford, and Albert Fink for petitioner.

Messrs. Curtis H. Lindley, Henry Eickhoff, and Harvey M. Friend for respondents.

Denied.